UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 16-cr-57 (NLH) |
| v. : | ORDER |
| HONG YUAN HUANG, : | |
| Defendant. : | |

This matter having come before the Court on consent of the parties and pretrial services in the above-referenced action; it is hereby ORDERED that Mr. Huang is permitted to leave this District and travel to China for a maximum of fourteen (14) days, for the reasons presented to the Court in the letter from Mr. Huang's attorney dated March 13, 2017. Mr. Huang's travel to China must be completed by April 28, 2017, at which time Mr. Huang must return to this District.

HONORABLE NOEL L. HILLMAN
United States District Judge

The undersigned hereby consent to
the entry and form of this order:

WILLIAM E. FITZPATRICK
Acting United States Attorney

By: SARA A. ALIABADI
Assistant United States Attorney

Dated: 3/20/17

FRED SIMON, ESQ.
Attorney for Defendant Hong Yuan Huang

Dated: 3/20/17