UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 16-cr-57 (NLH) |
| v. : | ORDER |
| HONG YUAN HUANG, : | |
| Defendant. : | |

This matter having come before the Court on consent of the parties and the United States Probation Office in the above-referenced action; it is hereby ORDERED that Mr. Huang is permitted to leave this District and travel to China for a maximum of fourteen (14) days, for the reasons presented to the Court in the letter from Mr. Huang's attorney dated January 2, 2018. Mr. Huang's travel to China must be completed by January 29, 2018, at which time Mr. Huang must return to this District.

_____
HONORABLE NOEL L. HILLMAN
United States District Judge

The undersigned hereby consent to
the entry and form of this order:

CRAIG CARPENITO
United States Attorney

_____
By: SARA A. ALIABADI
Assistant United States Attorney

Dated: 1/5/18

_____
FRED SIMON, ESQ.
Attorney for Defendant Hong Yuan Huang

Dated: 1/5/18